JULIA KIBIUK, Appellant-Respondent, *v.* WINDSOR RESIDENCES, INC., Appellant, and DRY DOCK SAVINGS INSTITUTION, Respondent.

Supreme Court, Appellate Term, First Department, February 20, 1945.

*Alfred S. Julien* and *Theodore Kamens* for plaintiff-appellant and respondent.

*Mordecai Goldberg* and *Irving Segal* for defendant-appellant.

*William E. Lyons* for defendant-respondent.

MEMORANDUM *Per Curiam.* Plaintiff's proofs do not fully sustain her alleged cause of action.

On appeal by defendant Windsor Residences, Inc., the judgment should be reversed and a new trial ordered, with costs to said appellant to abide the event.

Appeal from the order should be dismissed.

On plaintiff's appeal the judgment should be affirmed, with costs.[*]

HAMMER, McLAUGHLIN and EDER, JJ., concur.

Judgment accordingly.

---

[*] See, also, *Rufo* v. *South Brooklyn Sav. Bank,* 268 App. Div. 1057, and cf. *McCabe* v. *Cohen,* 268 App. Div. 1064.— [REP.